# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_____NORTHERN_____ DISTRICT OF _____NEW YORK_____

PARTIAL JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:07-CV-0943 (LEK/DRH)

ROBERT L. SHULZ, ET AL.,

PLAINTIFFS,

v.

THE STATE OF NEW YORK, ET AL.,

DEFENDANTS.

_____ JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____XX____ DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED in its ENTIRETY, as to the following defendants: Debra Bowen; Bill Bradbury; Patrick Brady; Kirby Brant; Jan Brewer; Whitney Brewster; Kurt Browning; Jennifer Brunner; Susan Bysiewicz; Robin Carnahan; Beth Chapman; Eric Clark; Mike Coffman; Commonwealth of Massachusetts; Robert Cordle; Pedro Cortes; Jean Cunningham; Charlie Daniels; Jay Dardenne; Riley Darnell; Matthew Dunlap; Shane Falk; John Gale; William Francis Galvin; William Francis Galvin; William Gardner; Donald Goldberg; Trey Grayson; Tracey Green; Karen Handel; Gary Herbert; Mary Herrera; Patrick Hodan; Carl Holborn; John Hudgens, III; Illinois State Board of Elections; Betty Ireland; Alvin Jaeger; Andrew Jezic; Brad Johnson; Robert Kasieta; John Keith; Terri Lynn Land; Larry Leake; Bobbie Mack; Elaine Manlove; Deborah Markowitz; Maryland State Board of Elections; Michael Mauro; Max Maxfield; William McGuffage; David McManus; Anne Milgram; Ross Miller; A. Ralph Mollis; Chris Nelson; New York State Board Of Elections; North Carolina State Board of Elections; Oklahoma State Election Board; Sean Parnell; Pamella Pinson; Albert Porter; Thomas Prince; Edward Pritchard, Jr; Harold Pyon; Rex M. Quidilla; Wanda Rednour; Sam Reed; Mark Ritchie; Nancy Rodriques; Todd Rokita; Jon Savage; Bryan Schneider; John Schober; Lorraine Shinn; Genevieve Sims; Jesse Smart; South Carolina State Election Commission; State of Alabama; State of Alaska; State of Arizona; State of Arkansas; State of California; State of Colorado; State of Connecticut; State of Delaware; State of Florida; State of Georgia; State of Hawaii; State of Idaho; State of Illinois; State of Indiana; State of Iowa; State of Kansas; State of Kentucky; State of Louisiana; State of Maine; State of Maryland; State of Massachusetts; State of Michigan; State of Minnesota; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State ofNevada; State of New Hampshire; State of New Jersey; State of New Mexico; State of New York; State of North Carolina; State of North Dakota; State of Ohio; State of Oklahoma; State of Oregon; State of Pennsylvania; State of Rhode Island; State of South Carolina; Stateof South Dakota; State of Tennessee; State of Texas; State of Utah; State of Vermont; State of Virginia; State of Washington; State of West Virginia; State of Wisconsin; State of Wyoming; Charles Thomann; Ron Thornburgh; Susan Turpen; Virginia State Board of Elections; Robert Walker; Robert Walters; Ramon Watkins; Phil Wilson; Charles Winfree; Wisconsin State Elections Board; Ben Ysursa; David Anstaett and Cynthia Bensch; in accordance with the ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated June 04, 2008.

DATE:___October 20, 2008___

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

*Scott A. Snyder*
Courtroom Deputy to the
Honorable Lawrence E. Kahn